IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| McALLISTER TOWING AND TRANSPORTATION COMPANY, INC. : : : And : : McALLISTER TOWING OF PHILADELPHIA, INC. : : : Plaintiffs, : v. : : UNITED STATES OF AMERICA : : Defendant. : | CIVIL ACTION  NO. 12-2208 |

## ORDER

**AND NOW**, this *8th* day of *January*, 2013, upon consideration of Defendant's Motion to Dismiss (Docket No. 11), Plaintiffs' Response in Opposition (Docket No. 13), Defendant's Reply Brief (Docket No. 14), and Plaintiffs' Sur-Reply Brief (Docket No. 15), is hereby **ORDERED** that the Motion is **DENIED.**

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.