IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| McALLISTER TOWING AND TRANSPORTATION COMPANY, INC. | : : : | CIVIL ACTION |
| And | : : | |
| McALLISTER TOWING OF PHILADELPHIA, INC. | : : : | NO. 12-2208 |
| Plaintiffs, | : : | |
| v. | : : | |
| UNITED STATES OF AMERICA | : : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this *8th* day of *January*, 2013, upon consideration of Defendant's Motion to Dismiss (Docket No. 11), Plaintiffs' Response in Opposition (Docket No. 13), Defendant's Reply Brief (Docket No. 14), and Plaintiffs' Sur-Reply Brief (Docket No. 15), is hereby **ORDERED** that the Motion is **DENIED.**

BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.